## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Benita Nikiforovitch

                                 Plaintiff,

v.                                                 Case No.: 1:20–cv–03921
                                                           Honorable John Z. Lee

AETNA Life Insurance Company

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 5, 2021:

      MINUTE entry before the Honorable John Z. Lee: Pursuant to the parties' joint stipulation of dismissal under Rule 41(a)(1)(A)(ii) [18], this case is dismissed with prejudice, with each party to bear its own costs and fees. Civil case terminated. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.